

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| CHRISTOPHER REY HERRERA, | § | No. 08-13-00016-CR |
| Appellant, | § | Appeal from the |
| v. | § | 112th District Court |
| THE STATE OF TEXAS, | § | of Pecos County, Texas |
| State. | § | (TC# P-3139-112-CR) |
| | § | |

## **O R D E R**

The Court GRANTS the Court Reporter's third request for an extension of time within which to file the Reporter's Record until **June 7, 2013.** NO FURTHER REQUESTS FOR EXTENSION OF TIME TO FILE THE REPORTER'S RECORD WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that Mel Power, Court Reporter for the 112th District Court, for Pecos County, Texas, prepare the Reporter's Record for the above styled and numbered cause, and forward the same to this Court on or before **June 7, 2013.**

IT IS SO ORDERED this 8th day of May, 2013.

PER CURIAM

Before McClure, C.J., Rivera and Rodriguez, JJ.